No. 82–6254.  ELAIRE v. BLACKBURN, WARDEN.  Sup. Ct. La.  Certiorari denied.

No. 82–6344.  GRANTT ET AL. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 82–6411.  BENNETT v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 82–6495.  LANGFORD v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 82–6497.  AKBAR v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 82–6509.  BRESSLER, DBA MARIE'S ORIGINALS v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 82–6510.  SHAO FEN CHIN, INDIVIDUALLY, AND AS ADMINISTRATOR OF THE ESTATE OF KE-SIEN CHIN v. ST. LUKE'S HOSPITAL CENTER ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 82–6513.  BRADFORD v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 82–6515.  PEPPERS v. TARD ET AL.  C. A. 3d Cir. Certiorari denied.

No. 82–6518.  ADAMS v. FLORIDA.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 82–6520.  PEARSON v. CONKLIN.  C. A. 8th Cir. Certiorari denied.

No. 82–6523.  WEBB v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.